IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| BLUE SPIKE, LLC,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>TEXAS INSTRUMENTS, INC.,<br><br>　　　　Defendant. | Civil Action No.: 6:12-cv-00499-LED<br><br>JURY TRIAL DEMANDED |
| BLUE SPIKE, LLC,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>YAHOO! INC.,<br><br>　　　　Defendant. | Civil Action No.: 6:12-cv-00556-LED<br><br>JURY TRIAL DEMANDED |

## DEFENDANT YAHOO! INC.'S NOTICE OF APPEARANCE OF DOUGLAS E. LUMISH

Defendant Yahoo! Inc. hereby notifies the Court and all parties of record that, in addition to the attorneys already representing them, Douglas E. Lumish of Kasowitz, Benson, Torres & Friedman LLP, 333 Twin Dolphin Drive, Suite 200, Redwood Shores, California 94065, (650) 453-5170, dlumish@kasowitz.com, will be appearing as Lead Counsel of record on their behalf.

November 19, 2012                    Respectfully submitted,


                                     */s/ Douglas E. Lumish*
                                     Douglas E. Lumish, Lead Counsel
                                     CA State Bar No. 183863
                                     KASOWITZ, BENSON, TORRES &
                                     FRIEDMAN, LLP
                                     333 Twin Dolphin Drive, Suite 200
                                     Redwood Shores, CA 94065
                                     Tel: (650) 453-5170
                                     Fax: (650) 453-5171
                                     Email:  dlumish@kasowitz.com

                                     Attorneys for Defendant
                                     YAHOO! INC.




## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  As such, this document was served on all counsel who have consented to electronic service.  Local Rule CV-5(a)(3)(A) on November 19, 2012.

                                     /s/ *Douglas E. Lumish*
                                     Douglas E. Lumish

2