**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | |
|---|---|
| **BLUE SPIKE, LLC,**<br><br>             Plaintiff,<br><br>       v.<br><br>**TEXAS INSTRUMENTS, INC.,**<br><br>             Defendant. | §§§§§§§§§§§§<br><br>Civil Action No.: 6:12-cv-00499-LED<br><br>JURY TRIAL DEMANDED |
| **BLUE SPIKE, LLC,**<br><br>             Plaintiff,<br><br>       v.<br><br>**YAHOO! INC.,**<br><br>             Defendant. | §§§§§§§§§§§§§<br><br>Civil Action No.: 6:12-cv-00556-LED<br><br>JURY TRIAL DEMANDED |

**DEFENDANT YAHOO! INC.'S NOTICE OF APPEARANCE
OF PARKER ANKRUM**

Defendant Yahoo! Inc. hereby notifies the Court and all parties of record that, in addition to the attorneys already representing them, Parker Ankrum of Kasowitz, Benson, Torres & Friedman LLP, 333 Twin Dolphin Drive, Suite 200, Redwood Shores, California 94065, (650) 453-5170, pankrum@kasowitz.com, will be appearing as an attorney of record on their behalf.

2

November 19, 2012							Respectfully submitted,

*/s/ Parker Ankrum*
Parker Ankrum, CA State Bar No. 261608
KASOWITZ, BENSON, TORRES & FRIEDMAN, LLP
333 Twin Dolphin Drive, Suite 200
Redwood Shores, CA 94065
Tel: (650) 453-5170
Fax: (650) 453-5171
Email: pankrum@kasowitz.com

Attorneys for Defendant
YAHOO! INC.

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this document was served on all counsel who have consented to electronic service. Local Rule CV-5(a)(3)(A) on November 19, 2012.

/s/ *Parker Ankrum*
Parker Ankrum