IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| BLUE SPIKE, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>TEXAS INSTRUMENTS, INC.,<br><br>    Defendant. | § § § § § § § § § § § | Civil Action No.: 6:12-cv-00499-LED<br><br>**JURY TRIAL DEMANDED** |
| BLUE SPIKE, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>YAHOO! INC.,<br><br>    Defendant. | § § § § § § § § § § § | Civil Action No.: 6:12-cv-00556-LED<br><br>**JURY TRIAL DEMANDED** |

### DEFENDANT YAHOO! INC.'S NOTICE OF APPEARANCE OF GABRIEL S. GROSS

Defendant Yahoo! Inc. hereby notifies the Court and all parties of record that, in addition to the attorneys already representing them, Gabriel S. Gross of Kasowitz, Benson, Torres & Friedman LLP, 333 Twin Dolphin Drive, Suite 200, Redwood Shores, California 94065, (650) 453-5170, ggross@kasowitz.com, will be appearing as an attorney of record on their behalf.

2

| | |
|---|---|
| November 19, 2012 | Respectfully submitted, |

*/s/ Gabriel S. Gross*
Gabriel S. Gross, CA State Bar No. 254672
KASOWITZ, BENSON, TORRES &
FRIEDMAN, LLP
333 Twin Dolphin Drive, Suite 200
Redwood Shores, CA 94065
Tel: (650) 453-5170
Fax: (650) 453-5171
Email:  ggross@kasowitz.com

Attorneys for Defendant
YAHOO! INC.

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  As such, this document was served on all counsel who have consented to electronic service.  Local Rule CV-5(a)(3)(A) on November 19, 2012.

*/s/ Gabriel S. Gross*
Gabriel S. Gross
